OWENS *et al. v.* BENTON-SHINGLER COMPANY *et al.*

BECK, J. Under the evidence submitted by the plaintiffs, it was not error for the court to grant a nonsuit; and if the evidence the exclusion of which is the subject of an exception had been admitted, it should not have affected the result.

*Judgment affirmed.* *All the Justices concur.*
JULY 13, 1915.

Equitable petition. Before Judge Cox. Decatur superior court. January 16, 1914.

*W. V. Custer,* for plaintiffs. *E. M. Donalson,* for defendants.